**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-4202**

In Re: RAYFORD KNIGHT, a/k/a Cherokee, a/k/a
Chief,

Petitioner.

On Petition for Writ of Mandamus.
(1:93-cr-00022-BEL)

Submitted: June 21, 2007          Decided:  June 27, 2007

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Rayford Knight, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rayford Knight petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for return of property. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court has denied the motion. Accordingly, because the district court has ruled on Knight's motion, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>